bonds or incurring obligation or expense for the construction of a new school building.

*Charles Wesley* and *Edgar L. Ryder* for appellant.

*Alvin M. Higgins* and *Edgar A. B. Spencer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

M. INEZ WOODS, Appellant, *v.* MATHEW MICOLINO, Respondent.

*Conversion — action to recover for alleged conversion of stock — defense that stock was given in payment of money embezzled.*

*Woods* v. *Micolino*, 215 App. Div. 785, affirmed.

(Argued June 8, 1926; decided July 9, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 27, 1926, unanimously affirming a judgment in favor of defendant entered upon a verdict. The action was to recover for the alleged conversion of certain shares of stock. The defense was that the stock had been turned over to defendant in partial payment of money embezzled from defendant and his family by plaintiff's assignor.

*Eugene L. Bondy* for appellant.

*I. Maurice Wormser* and *Henry S. Mansfield* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.